**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01490-CR

**ANTHONY WAYNE MANGIAFICO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-28019-M**

## ORDER

The Court **GRANTS** court reporter Belinda G. Baraka's January 23, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Baraka to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary FitzSimmons, Dallas County District Clerk.

/s/     LANA MYERS
         JUSTICE